PROB 35

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:98CR05426-01** |
| | ) | |
| **Hilal Wazi OBAID** | ) | |
| | ) | |

On February 20, 2004, the above-named was placed on supervised release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Sandra K. Dash

**SANDRA K. DASH**
**United States Probation Officer**

Dated:        October 31, 2006
              Modesto, California
              SKD:lr

**REVIEWED BY:**      /s/ Deborah A. Spencer
              **DEBORAH A. SPENCER**
              **Supervising United States Probation Officer**

**Re:    Hilal Wazi OBAID**
**Docket Number:   1:98CR05426-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    October 31, 2006**              /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE